**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02728-WJM-MEH

ALFONSO CARRILLO,
LUIS E. GUTIERREZ,
JANETT PINA,
MARIA E. CARRILLO,
HUGO A. PACHECO,
SELVIN CARDOZA,
LAURA P. GUTIERREZ,
GERMAN JASSO BRUNO
JOSE M. VELAZQUES,
FRANCISCO SANTOS,
SILVIA DORADO, and
RAYMUNDO CASTILLO

    Plaintiffs,

v.

DOUGLAS LEO ROMERO, in his official and individual capacity,
TIMOTHY EDSTROM in his official and individual capacity,
TRACI CHRISTY, in her official and individual capacity,
LAW OFFICE OF DOUGLAS L. ROMERO,
COLORADO SUPREME COURT'S OFFICE OF ATTORNEY REGULATION
COUNSEL,
JAMES S. SUDLER, in his official and individual capacity, and
KIM E. IKELER, in her official and individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case, and the Order *Sua Sponte* Dismissing Case, entered by the Honorable William J. Martínez, United States District Judge, on November 21, 2013,

    IT IS ORDERED that Plaintiffs' Complaint (ECF No. 1) is *sua sponte* DISMISSED

WITHOUT PREJUDICE for failure to state a claim upon which relief could be granted.

This action is CLOSED.

Dated at Denver, Colorado this ___22nd___ day of November, 2013.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk